UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K7 DESIGN GROUP, INC. and ISAAC KAPLAN

Plaintiffs,

-against-

FASHION ANGELS ENTERPRISES, INC., GOLDI MILLER, MARK MILLER, MYRA MOULOUDJI, and MARK RINCON,

*Defendants.*

**Docket No. 17-cv-06943 (GBD)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto:

1. Plaintiffs will file their opposition to Defendants' Partial Motion to Dismiss and Transfer Venue ("Motion"), dated December 22, 2017 (the "Opposition") on or before January 12, 2018;

2. Defendants will file their reply to Plaintiffs' Opposition, on or before January 25, 2018.

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed in one or more counterparts, each of which shall be deemed an original and all of which together shall be deemed one instrument. An electronic executed copy or .pdf copy of this stipulation shall be deemed the same as the signed original.

| | |
|---|---|
| GOLDBERG SEGALLA, LLP<br>*Attorneys for Plaintiffs*<br>711 Third Avenue<br>New York, NY 10017<br>646-292-8787<br>akatz@goldbergsegalla.com<br>hdinkelspiel@goldbergsegalla.com<br><br>By: _____<br>Adam S. Katz, Esq.<br>Hilary A. Dinkelspiel, Esq.<br><br>Dated: 1/8/17 | TANNENBAUM HELPERN<br>SYRACUSE & HIRSCHTRITT LLP<br>*Attorneys for Defendants*<br>900 Third Avenue<br>New York, NY 10022<br>212-508-6700<br>sarkozi@thsh.com<br>regelmann@thsh.com<br><br>By: _____<br>Carl F. Regelmann, Esq.<br>Paul D. Sarkozi, Esq.<br><br>Dated: 1/8/17 |

SO ORDERED    *George B. Daniels*    [JAN 0 9 2018]