

**Tannenbaum Helpern Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

Carl F. Regelmann
Direct Dial: (212) 508-6776
Direct Fax: (212) 202-7649
E-mail: Regelmann@thsh.com

**Via ECF and Facsimile**

January 24, 2018

Honorable George B. Daniels
United States District Judge
United States Courthouse, Room 1310
500 Pearl Street
New York, New York 10007
Fax No.: (212) 805-6737

Re:   K7 Design Group, Inc., et al. v. Fashion Angels Enterprises, Inc., et al.
      Case 1:17-cv-06943-GBD

Dear Judge Daniels:

This law firm represents the Defendants in the above-referenced matter. We write to submit the attached proposed joint case management order in advance of the initial conference in the above-referenced matter scheduled for January 31, 2018. The parties have adjusted several of the deadlines in the case management plan and scheduling order proposed by the Court in September 2017 (Docket No. 5) by approximately 30 days, given that there is a motion to transfer that will be *sub judice* by the end of this week, and the order proposed by the Court contemplated that the initial conference would take place on December 6, 2017.

Respectfully submitted,

Carl F. Regelmann

cc:   Adam Katz, Hilary A. Dinkelspiel **(Via E-mail and ECF)**
      GOLDBERG SEGALLA LLP
      711 Third Avenue, Ste. 19
      New York, New York 10017

      Brian Spahn, Maggie Cook **(Via E-mail and ECF)**
      GODFREY & KAHN, S.C.
      833 East Michigan Street, Suite 1800
      Milwaukee, Wisconsin 53202-5615

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
K7 DESIGN GOUP, INC. and ISAAC      )
KAPLAN,                             )
                                    )
        Plaintiffs,                 )
                                    )   Civil Action No.: 17-cv-6943 (GBD)
v.                                  )
                                    )
FASHION ANGELS ENTERPRISES, INC.,   )
GOLDI MILLER, MARK MILLER, MYRA     )
MOULOUDJI, and MARK RINCON          )
                                    )
        Defendants.                 )
_____ )

## PROPOSED CIVIL CASE MANAGEMENT PLAN

After consultation with counsel for the parties, the following Case Management Plan is adopted.  This plan is also a scheduling order pursuant to Rule 16 and Rule 26(f) of the Federal Rules of Civil Procedure.  The parties have conferred and agreed that the Court's ruling on Defendant's Partial Motion to Dismiss Amended Complaint and to Transfer Venue may impact the following proposed schedule.  Nevertheless, in the interest of efficiency, the parties propose the following –

1. An initial pretrial conference will be held on **Wednesday, January 31, 2018 at 9:30 a.m.** at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 11A.

2. No **additional parties** may be joined after **March 14, 2018**.

3. No **amendment to the pleadings** will be permitted after **March 14, 2018**.

4. Should the Court deny Defendants' Motion to Transfer Venue, except for good cause shown, all **discovery** shall be commenced in time to be completed by **June 15, 2018**.  The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery.  In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court.  The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

5. Should the Court deny Defendants' Motion to Transfer Venue, **dispositive motions** are to be served by **July 16, 2018**.  Answering papers are to be served within 14 days.

   Reply papers are to be served within seven (7) days.  In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion.  The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

6. Should the Court deny Defendants' Motion to Transfer Venue, a **final pretrial conference** will be held on **August 22, 2018**.

7. Should the Court deny Defendants' Motion to Transfer Venue, the **Joint Pretrial Orde**r shall be filed no later than **August 15, 2018**.  The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

8. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

9. Should the Court deny Defendants' Motion to Transfer Venue, the parties shall be **ready for trial** within 48 hours' notice on or after **September 17, 2018**.  The estimated trial time is 3 days, and this is a (jury)(non-jury) trial.

10. Should the Court deny Defendants' Motion to Transfer Venue, a **subsequent Case Management Conference** will be held on **May 16, 2018 at 9:45 a.m.**

Dated: January 24, 2018
       New York, New York

                              SO ORDERED:

                              _____
                              The Honorable George B. Daniels
                              United States District Court Judge


_____
Attorney for Plaintiff(s)


_____
Attorney for Defendant(s)