UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

K7 DESIGN GROUP, INC., ISAAC KAPLAN,

                          Plaintiffs,

    -against-

FASHION ANGELS ENTERPRISES, INC.,
GOLDI MILLER, MARK MILLER, MYRA
MOULOUDJI, MARK RINCON,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

17 Civ. 6943 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Plaintiffs' request for leave to file a sur-reply brief is DENIED. The January 31, 2018 conference is cancelled. This Court will hear oral argument on the outstanding motions on February 7, 2018 at 10:00 a.m.

    The Clerk of Court is directed to close the letter motion at ECF No. 42.

Dated: New York, New York
January 26, 2018

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge