UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

K7 DESIGN GROUP, INC., ISAAC KAPLAN,

                      Plaintiffs,

    -against-

FASHION ANGELS ENTERPRISES, INC.,
GOLDI MILLER, MARK MILLER, MYRA
MOULOUDJI, MARK RINCON,

                      Defendants.

------------------------------------ x

FEB 0 7 2018

ORDER

17 Civ. 6943 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons articulated by this Court at the February 7, 2018 oral argument Defendants' motion to transfer this action to the Eastern District of Wisconsin is DENIED.

Furthermore, Defendants' partial motion to dismiss is GRANTED. Plaintiffs' Second cause of action under New York Labor law, Fifth and Sixth causes of action under New York City Human Rights law, and Seventh cause of action for an accounting, are DISMISSED.

The Clerk of Court is directed to close the motion at ECF No. 36.

Dated: New York, New York
       February 7, 2018

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge