UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K7 DESIGN GROUP, INC. and ISAAC KAPLAN,

    Plaintiff,

-against-

FASHION ANGELS ENTERPRISES, INC., GOLDI MILLER, MARK MILLER, MYRA MOULOUDJI, and MARK RINCON,

    Defendants.

No. 17 Civ. 06943 (GBD)

**STIPULATION AND PROPOSED ORDER ON EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**

**WHEREAS,** the Court decided a partial motion to dismiss the amended complaint on February 7, 2018; and

**WHEREAS,** Defendants' time to answer the amended complaint in this action is February 21, 2018 pursuant to FRCP 12(a)(4)(A); and

**WHEREAS,** the Court granted Plaintiffs leave to serve a letter application by February 23, 2018 for leave to file a second amended complaint in this action;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, through their undersigned counsel that the Defendants' time to answer, move or otherwise respond to the amended complaint in this action shall be extended to February 28, 2018, and this is the first request to extend this deadline after the Court's decision on the partial motion to dismiss; and

**IT IS FURTHER STIPULATED** that this stipulation may be executed in one or more counterparts, each of which shall be deemed an original and all of which together shall be deemed one instrument. Electronic or other copies of this stipulation shall be deemed valid and original.

| | |
|---|---|
| **GOLDBERG SEGALLA LLP** | **TANNENBAUM HELPERN** |
| *Attorneys for Plaintiffs* | **SYRACUSE & HIRSCHTRITT LLP** |
| 711 Third Avenue, Ste. 19 | *Attorneys for Defendants* |
| New York, New York 10017 | 900 Third Avenue |
| (212) 292-8787 | New York, New York 10022 |
| akatz@goldbergsegalla.com | (212) 508 – 6700 |
| hdinkelspiel@goldbergsegalla.com | sarkozi@thsh.com |
| | regelmann@thsh.com |

By: _____          By: _____
Adam S. Katz                                          Carl F. Regelmann
Hilary A. Dinkelspiel

Dated: 2/16/18                                         Dated: 2/16/18

SO ORDERED _George B. Daniels_  FEB 20 2018

-2-