**Tannenbaum Helpern
Syracuse & Hirschtritt** LLP

900 Third Avenue New York, NY 10022-4775
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

Carl F. Regelmann
Direct Dial: (212) 508-6776
Direct Fax: (212) 202-7649
E-mail: Regelmann@thsh.com



Via ECF and Facsimile (212) 805-6737

February 16, 2018

Honorable George B. Daniels
United States District Judge
United States Courthouse, Room 1310
500 Pearl Street
New York, New York 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: FEB 2 0 2018

Re:   K7 Design Group, Inc., et al. v. Fashion Angels Enterprises, Inc., et al.
      Case 1:17-cv-06943-GBD

Dear Judge Daniels:

Our firm represents the Defendants in the above-referenced matter. Pursuant to FRCP 12(a)(4)(A), Defendants' time to answer, move or otherwise respond to the amended complaint in this action is February 21, 2018 following your decision on the partial motion to dismiss on February 7, 2018. You granted Plaintiffs leave to serve a letter application by February 23, 2018 for leave to file a second amended complaint in this action.

The parties have agreed to extend the Defendants' time to answer, move or otherwise respond to the amended complaint to February 28, 2018 and this is the first request to extend this deadline after the Court's decision on the partial motion to dismiss.

Accordingly, we respectfully request that the attached stipulation be so-ordered. If you have any questions, please feel free to contact me.

Respectfully submitted,

Carl F. Regelmann

cc:   Hilary A. Dinkelspiel, Adam Katz **(Via E-mail and ECF)**
      GOLDBERG SEGALLA LLP
      711 Third Avenue, Ste. 19
      New York, New York 10017