02/27/2018 TUE 13:20 FAX @002/003

Case 1:17-cv-06943-GBD Document 50 Filed 02/28/18 Page 1 of 2
Case 1:17-cv-06943-GBD Document 49 Filed 02/27/18 Page 2 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K7 DESIGN GROUP, INC. and ISAAC KAPLAN,

           Plaintiff,

-against-

FASHION ANGELS ENTERPRISES, INC., GOLDI MILLER, MARK MILLER, MYRA MOULOUDJI, and MARK RINCON,

           Defendants.

No. 17 Civ. 06943 (GBD)

FEB 2 7 2018

STIPULATION AND PROPOSED ORDER ON EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT

  WHEREAS, the Court decided a partial motion to dismiss the amended complaint on February 7, 2018; and

  WHEREAS, Defendants' time to answer the amended complaint in this action is February 28, 2018 pursuant to the stipulation so-ordered by this Court on February 20, 2018; and

  WHEREAS, the Plaintiffs filed a letter application ("Letter Application") on February 23, 2018 for leave to file a second amended complaint in this action; and

  WHEREAS, the Court granted Defendants leave to serve opposition to the Letter Application by March 9, 2018 and Plaintiff leave to serve a reply by March 23, 2018;

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel that the Defendants' time to answer the amended complaint or second amended complaint in this action shall be extended to five days beyond the Court's ruling on the Letter Application, and this is the second request to extend this deadline after the Court's decision on the partial motion to dismiss; and

  IT IS FURTHER STIPULATED that in the event the Court directs Plaintiffs to serve a second amended complaint other than as proposed in the Letter Application, Defendants' time to answer shall be extended to five days beyond its filing; and

8460531.1

IT IS FURTHER STIPULATED that the parties may proceed on discovery with respect to the claims that are not the subject of the Letter Application, i.e., Plaintiff's claims for breach of contract, fraudulent inducement, and unjust enrichment; and

IT IS FURTHER STIPULATED that this stipulation may be executed in one or more counterparts, each of which shall be deemed an original and all of which together shall be deemed one instrument. Electronic or other copies of this stipulation shall be deemed valid and original.

| | |
|---|---|
| **GOLDBERG SEGALLA LLP**<br>*Attorneys for Plaintiffs*<br>711 Third Avenue, Ste. 19<br>New York, New York 10017<br>(212) 292-8787<br>akatz@goldbergsegalla.com<br>hdinkelspiel@goldbergsegalla.com | **TANNENBAUM HELPERN**<br>**SYRACUSE & HIRSCHTRITT LLP**<br>*Attorneys for Defendants*<br>900 Third Avenue<br>New York, New York 10022<br>(212) 508 – 6700<br>sarkozi@thsh.com<br>rogelmann@thsh.com |
| By: _____<br>Adam S. Katz<br>Hilary A. Dinkelspiel<br>Dated: 2/27/18 | By: _____<br>Carl F. Rogelmann<br>Dated: 2/27/18 |

SO ORDERED _____
HON. GEORGE B. DANIELS

FEB 2 7 2018

-2-

8460531.1