**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

K7 DESIGN GROUP, INC., ISAAC KAPLAN,

                      Plaintiffs,

    -against-

FASHION ANGELS ENTERPRISES, INC.,
GOLDI MILLER, MARK MILLER, MYRA
MOULOUDJI, MARK RINCON,

                      Defendants.

------------------------------------ x

ORDER

17 Civ. 6943 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs' motion for leave to file a Second Amended Complaint is GRANTED.

Defendants' request for attorneys' fees and costs incurred in preparing and arguing their previously filed motion to dismiss the First Amended Complaint is currently DENIED, without prejudice.

Dated: New York, New York
       March 15, 2018

SO ORDERED.

GEORGE B. DANIELS
United States District Judge