# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K7 DESIGN GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> FASHION ANGELS ENTERPRISES, INC. and MARK MILLER, <br><br> Defendants. | Case No.: 1:17-cv-6943 (GBD) |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF
## K7 DESIGN GROUP, INC.

The undersigned, counsel of record for K7 Design Group, Inc., furnishes the following information in compliance with Fed. R. Civ. P. 7.1:

K7 Design Group, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: April 10, 2018

        Respectfully submitted,

        GOLDBERG SEGALLA, LLP

        By:    */s/ Adam S. Katz*
                Adam S. Katz
                711 Third Avenue
                New York, NY 10017
                Telephone: (646) 292-8787
                Email: akatz@goldbergsegalla.com

        *Attorneys for Plaintiff K7 Design Group, Inc.*

8729856.1