UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
K7 DESIGN GROUP, INC. and ISAAC KAPLAN, :
:
                   Plaintiffs, :
   -against- : ORDER OF REFERENCE
: TO A MAGISTRATE JUDGE
FASHION ANGELS ENTERPRISES, INC., :
GOLDI MILLER, MAKR MILLER, MYRA : 17 Civ. 6943 (GBD) (DCF)
MOULOUDJI, and MARK RINCON, :
:
                   Defendants. :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute: | __ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | *If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | | Purpose:_____ |
| X | Settlement | __ | Habeas Corpus |
| __ | Inquest After Default/Damages Hearing | __ | Social Security |
| | | __ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | All such motions:___ |

Dated: New York, New York
      April 11, 2018

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge