

833 EAST MICHIGAN STREET • SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615

TEL • 414.273.3500   FAX • 414.273.5198

www • GKLAW.COM

Bspahn@gklaw.com
Direct: (414) 287-9314

June 5, 2018

**VIA FACSIMILE**

The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
40 Centre Street
New York, New York 10007

     Re:   *K7 Design Group, Inc. v. Fashion Angel Enterprises et al.*
            U.S. District Court – Southern District of New York Case No. 17-CV-6943

Dear Judge Freeman:

     I write on behalf of Defendant-Counterclaim Plaintiff M&G Partners, LLP d/b/a Fashion Angel Enterprises ("Fashion Angels") and Plaintiff-Counterclaim Defendant K7 Design Group, Inc. ("K7") to inform you that Fashion Angels and K7 have reached a settlement in principle in this matter. Fashion Angels and K7 will formalize their agreement and file a stipulation of dismissal of the claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as soon as practicable. Accordingly, the settlement conference currently scheduled for Thursday, June 7, 2018 can be removed from the calendar.

     Please contact me if you have any questions.

                              Sincerely,

                              GODFREY & KAHN, S.C.

                              */s/ Brian C. Spahn*

                              Brian C. Spahn

cc:    The Honorable George B. Daniels (via ECF)
        Adam Katz (via email)
        Hilary Dinkelspiel (via email)
        Carl Regelmann (via email)