**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

K7 DESIGN GROUP, INC., ISAAC KAPLAN, :

                                 :

                     Plaintiffs,      :

      -against-             :              ORDER

                                 :

FASHION ANGELS ENTERPRISES, INC., :      17 Civ. 6943 (GBD)

GOLDI MILLER, MARK MILLER, MYRA :

MOULOUDJI, MARK RINCON,       :

                                 :

                    Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

       This Court having been advised that the parties have reached a settlement in principle, the

Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to

restoring the action to this Court's calendar if an application to restore is made within thirty (30)

days of this Order.

Dated: New York, New York
       June 6, 2018

                                  SO ORDERED.

                                    _George B. Daniels_

                                   GEORGE B. DANIELS
                                    United States District Judge