

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K7 DESIGN GROUP, INC.,

              *Plaintiff*,

-against-

FASHION ANGELS ENTERPRISES, INC. and MARK MILLER,

              *Defendants*.

Docket No. 17-cv-06943 (GBD)

**WHEREAS**, the parties to the above-captioned action have agreed to a settlement of the action in order to avoid further expense and inconvenience, without any admission of liability or wrongdoing on the part of any party;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties hereto, that the above-captioned action is hereby discontinued, with prejudice, without costs, disbursements, or fees to any party as against the others; and

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be filed without further notice with the Clerk of the Court; and

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be executed in one or more counterparts, each of which shall be deemed an original and all of which together shall be deemed one instrument. An electronic executed copy or .pdf copy of this stipulation shall be deemed the same as the signed original.

20149016.v1

GOLDBERG SEGALLA LLP
*Attorneys for Plaintiff*
711 Third Avenue
New York, NY 10017
646-292-8787
akatz@goldbergsegalla.com
hdinkelspiel@goldbergsegalla.com

By: _____
Adam S. Katz, Esq.
Hilary A. Dinkelspiel, Esq.

Dated: 6/14/18

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP
*Attorneys for Defendants*
900 Third Avenue
New York, NY 10022
212-508-6700
sarkozi@thsh.com
regelmann@thsh.com

By: _____
Carl F. Regelmann, Esq.
Paul D. Sarkozi, Esq.

Dated: 6/18/18

SO ORDERED   *George B. Daniels*
JUN 1 9 2018

20149016.v1